DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PENNY LILLY,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-982

[April 8, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Samantha Schosberg Feuer, Judge; L.T. Case No. 50-2020-MH-000779-XXXX-SB.

Carey Haughwout, Public Defender, and L.K.S. Fagan, Assistant Public Defender, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Barbara A. Junge, Assistant Attorney General, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., GROSS and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***